**Denis RIVERA, Plaintiff-Appellant,**

**v.**

**VIRGINIA DEPARTMENT OF CORRECTIONS; Harold Clarke; David Robinson; G. K. Washington; Randall Mathena; Gregory Holloway; Scott Richeson; Malcolm Taylor; Keith**

Dawkins; Dr. Brane; Jim Parks; Henry Ponton; Earl Barksdale; George Hinkle; Elizabeth Thornton; J. Walrath; I. Hamilton; T. Puryear; J. Artrip; A. Gallihar; G. Baker; Michael Younce; Walter Swiney; Tori Raiford; Dwayne Turner; Stacy Day; Christopher Gilbert; Joe Fannin; Tony Adams; G. A. Adams; K. A. Sykes; R. Kegley; B. E. Stallard; Jackson; J. King, former counselor at Red Onion State Prison; A. B. Duncan, Unit Manager, Defendants-Appellees,

and

External Review Team; Dual Treatment Team; Unit Manager Team, Defendants.

No. 17-6293

United States Court of Appeals, Fourth Circuit.

Submitted: January 31, 2018

Decided: March 1, 2018

Denis Rivera, Appellant Pro Se. John Michael Parsons, Assistant Attorney General, Richard Carson Vorhis, Senior Assistant Attorney General, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Before DUNCAN and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Denis Rivera appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Rivera's motion to appoint counsel and affirm for the reasons stated by the district court. *Rivera v. Va. Dep't. of Corr.*, No. 7:15-cv-00156-JPJ-RSB (W.D. Va. Dec. 8, 2016 & Feb. 3, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*